UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

KURTIS LEE,

             Defendant.

---------------------------------------------------x

**ORDER**

21 Cr. 520 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

The Federal Defenders Office attorney assigned to this case ___Jason I. Ser___ is hereby ordered
                                                               Attorney's Name

substituted and the representation of the defendant in the above captioned matter is assigned to C.J.A.

attorney___Domenick Porco___effective April 14, 2022.
                Attorney's Name

SO ORDERED.

Dated:  White Plains, New York
           May 5, 2022

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/2022