UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X

USA

                                                  21 Cr. 00520-01 (NSR)

       - against -

KURTIS LEE,                                     ORDER ACCEPTING
                                                  PLEA ALLOCUTION

                     Defendant.

------------------------------------------------------ X

NELSON S. ROMÁN, U.S.D.J.:

       The Court has reviewed the transcript of the plea allocution in the above-entitled case,

the charging papers, and all other pertinent parts of the record. The Report and Recommendation

of the Honorable Andrew E. Krause, United States Magistrate Judge, dated September 21, 2022,

is approved and accepted.

                                      SO ORDERED.

                                      _____

                                      Hon. Nelson S. Román,
                                      United States District Judge

Dated: White Plains, NY
           October 19, 2022



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022